UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE KATHERINE TAYLOR,<br><br>  Plaintiff,<br><br>  v.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT,<br><br>  Defendant. | Case No. 19-cv-06136-JSC<br><br>**ORDER TO SHOW CAUSE** |

Defendant's motion to dismiss is pending before the undersigned and oral argument on the motion is scheduled for February 6, 2020. (Dkt. No. 11.) Plaintiff's opposition was due January 3, 2020. *See* N.D. Cal. Civ. L.R. 7-3. Plaintiff, however, did not file an opposition and has not otherwise appeared in this action since filing her complaint on September 26, 2019, including failing to respond to several notices to consent or decline to magistrate judge jurisdiction. (*See* Dkt. Nos. 5, 9, 15.) Accordingly, on or before January 24, 2020, Plaintiff shall file a written opposition to Defendant's motion or a statement of non-opposition. Plaintiff is warned that her failure to comply with this Order may result in the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41 for a failure to prosecute.

The February 6, 2020 hearing on Defendant's motion to dismiss is vacated. The Court encourages Plaintiff to seek free assistance from the Northern District's Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102. Plaintiff can make an appointment in person or by calling (415) 792-8982.

**IT IS SO ORDERED.**

Dated: January 15, 2020

                                                                                           JACQUELINE SCOTT CORLEY
                                                                                          United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE KATHERINE TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>SONOMA COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendant. | Case No. 19-cv-06136-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bonnie Katherine Taylor
P.O. Box 1679
Sacramento, CA 95812

Dated: January 15, 2020

Susan Y. Soong
Clerk, United States District Court

By: /s/ Ada Means
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

2